**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CYNTHIA L. JACKSON**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:15-CV-00075 BSM**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                         **DEFENDANT**

<u>**ORDER**</u>

Plaintiff Cynthia Jackson's motion to dismiss pursuant to Fed. R. Civ. P. 41 [Doc. No. 25] is granted.  Accordingly, this case is dismissed with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 2nd day of February 2016.

_____
UNITED STATES DISTRICT JUDGE