**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CYNTHIA L. JACKSON**                                                                              **PLAINTIFF**

**v.**                          **CASE NO. 3:15-CV-00075 BSM**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own fees and costs.

DATED this 2nd day of February 2016.

_____
UNITED STATES DISTRICT JUDGE